Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South 4th Street, 11th Floor
Las Vegas, NV 89101-6014
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
*Attorneys for Defendant Interstate Security Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT CHARLES, | CASE NO. 2:18-cv-00841 |
| Plaintiff, | |
| v. | **STIPULATION TO RESET EARLY NEUTRAL EVALUATION SESSION** |
| INTERSTATE SECURITY SERVICES, INC., a Nevada Corporation, | |
| Defendant. | |

The above named parties, by and through their respective counsel of record, hereby submit the following Stipulation to Reset Early Neutral Evaluation Session:

1. The Court scheduled an Early Neutral Evaluation Session for August 8, 2018 at 9:00 a.m.

2. A representative for Defendant Interstate Security Services, Inc. is scheduled to undergo extensive medical treatment in August. Therefore, the parties agreed to reset the Early Neutral Evaluation Session to an earlier date, July 18, 2018 at 9:00 a.m. The Court previously informed the parties that this date was available.

3. If the stipulation is approved by the Court, the parties will have up to July 11, 2018 to submit their written evaluation statements.

///

///

///

///

///

WHEREFORE, the undersigned request that this Court enter an Order approving the above-referenced stipulation.

| | |
|---|---|
| **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** | **LAW OFFICES OF MICHAEL P. BALABAN** |
| BY: */s/ Sheri Thome*<br>Sheri Thome, Esq.<br>Nevada Bar No. 08657<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101<br>(702)727-1400<br>*Attorneys for Defendant Interstate Security Services, Inc.* | BY: *Michael P. Balaban*<br>Michael P. Balaban, Esq.<br>Nevada Bar No. 09370<br>10726 Del Rudini Street<br>Las Vegas, Nevada 89141<br>(702) 586-2964<br>*Attorney for Plaintiff Robert Charles* |

**ORDER UPON STIPULATION**

GOOD CAUSE SHOWING, IT IS SO ORDERED. The Early Neutral Evaluation Session is rescheduled to July 18, 2018 at 9:00 a.m. The written evaluation statements are now due on July 11, 2018.

Dated : 7-9-2018

_George Foley Jr._
_____
UNITED STATES MAGISTRATE JUDGE