# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT CHARLES, | Case No. 2:18-cv-00841-JAD-PAL |
| Plaintiff, | ORDER |
| v. | |
| INTERSTATE SECURITY SERVICES, INC. | |
| Defendant. | |

This matter is before the court on the parties' failure to either file a joint pretrial order as required by LR 26-1(e)(5) or a stipulation to dismiss. An Order (ECF No. 17) was entered November 7, 2018 which extended the discovery plan and scheduling order deadlines and required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than March 29, 2019. On November 27, 2018, the parties filed a Joint Status Report (ECF No. 18) which advised that a settlement had been reached and that a stipulation to dismiss would be filed within 30 days. To date, the parties have neither filed a joint pretrial order or a stipulation to dismiss with prejudice. Accordingly,

**IT IS ORDERED** that:

1. If the case has not settled the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **May 10, 2019.**
2. If the case has settled the parties shall have until **May 10, 2019** file a stipulation to dismiss with prejudice.
3. Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the district judge of case dispositive sanctions.

/ / /

1

4. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 26th day of April 2019.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE